```
                                                        USDC SDNY
UNITED STATES DISTRICT COURT                            DOCUMENT
SOUTHERN DISTRICT OF NEW YORK                           ELECTRONICALLY FILED
-------------------------------------------------------x DOC#: _____
  UNITED STATES OF AMERICA          :                   DATE FILED: 4/15/2020
                                    :
                                    :
       -against-                    :    19-CR-706 (ALC)
                                    :
                                    :    ORDER
  PEDRO DAVILA,                     :
                                    :
                   Defendants.      :
                                    :
-------------------------------------------------------x
```

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Bail Hearing set for **April 16, 2020** at **11:30 a.m.**  The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: April 15, 2020**
      **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**