```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                           Plaintiff,

       -against-

PEDRO DAVILA,

                           Defendant.
------------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-11-22

19-CR-706 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Change of Plea hearing is scheduled for **August 18, 2022** at **3:30 p.m.**

SO ORDERED.

Dated:   New York, New York
         August 11, 2022

*/s/ Andrew L. Carter, Jr.*
_____
**ANDREW L. CARTER, JR.**
**United States District Judge**