USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-5-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                                  **ORDER**
                                                                  19-CR-706 (ALC)

                -against-

Pedro Davila,

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The sentencing scheduled for April 4, 2023 is adjourned to **April 13, 2023** at **2:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       January 5, 2023

                                                          *[signature]*
                                                    **ANDREW L. CARTER, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**