**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 21, 2023

**By ECF and Email**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/22/23__

    Re:    United States v. Pedro Davila
           19 Cr. 706 (ALC)

Dear Judge Carter:

    I write with the consent of the government to respectfully request an adjournment of approximately 90 days of Mr. Davila's sentencing hearing, currently scheduled for April 13, 2023. Mr. Davila's mother is entering an inpatient drug treatment program on April 3, 2023 and will not be able to attend Mr. Davila's current sentencing date. Mr. Davila has limited family support – consisting mainly of his mother and sister – and would like his mother to be present when he is sentenced. Mr. Davila has not seen his mother in person since he was arrested in September of 2019. An adjournment would allow Mr. Davila to proceed to sentencing with the full support and presence of his small family.

    Thank you for your consideration of this request.

                                              Respectfully submitted,

                                              Tamara L. Giwa
                                              Counsel for Pedro Davila
                                              Federal Defenders of New York
                                              (212) 417-8719

    Cc:    AUSA Christopher Clore (via ECF)
                AUSA Alexander Li (via ECF)

The application is **GRANTED**. The sentencing is adjourned to July 13, 2023 at 2:00 p.m.
So Ordered.    */s/ Andrew L. Carter*   3/22/23