**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

**United States of America,**

                                              **ORDER**

                                             **19-CR-706 (ALC)**

        -against-

**Pedro Davila,**
----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

     Due to a conflict on the Court's calendar, the sentencing scheduled for July 13, 2023 is adjourned to **July 18, 2023** at **2:00 p.m.**

     **SO ORDERED.**

Dated: New York, New York
      March 22, 2023

                                               **ANDREW L. CARTER, JR.**
                                             **UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/22/23