```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 10-25-23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

PEDRO DAVILA,

                Defendant.

-------------------------------------------------------------X

1:19-cr-706 (ALC)

**ORDER**

**ANDREW L. CARTER JR., United States District Judge:**

Defendant's motion to vacate the order of restitution, ECF No. 86, is GRANTED. The order was made in error, as the Court intended to provide the Defendant the opportunity to brief this issue. The Clerk of Court is respectfully directed to vacate the order at ECF No. 86.

**SO ORDERED.**

**Dated:**     **October 25, 2023**
              **New York, New York**

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**