```
                                                          USDC SDNY
                                                          DOCUMENT
                                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                              DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                             DATE FILED: 11-13-23
```

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                      Plaintiff,

      -against-

PEDRO DAVILA,

                      Defendant.

------------------------------------------------------------- x

19-CR-706 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

On October 24, the Defendant filed a motion, requesting that the Court include, in the restitution order, a provision allowing him to keep 100 dollars in his BOP commissary account, preventing that money from being used to pay the restitution balance while he is in custody. The government responded on October 27. Current BOP regulations allow the defendant to keep 75 dollars in his commissary account, notwithstanding financial obligations related to his sentence. Securing a balance of 75 dollars is sufficient to meet Davila's needs while he is incarcerated. Accordingly, the defendant's request is **DENIED**.

**SO ORDERED.**

Dated:     New York, New York
            November 13, 2023

                                                                 **ANDREW L. CARTER, JR.**
                                                                  United States District Judge